JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD, </br>     Plaintiff, </br>     v. </br> ARTHUR MARQUEZ, </br>     Defendant. | Case No. CV 25-5689 FMO (JCx) </br></br> **JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 20th day of August, 2025.

/s/
Fernando M. Olguin
United States District Judge